FILED: June 12, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1230 (L)
(1:13-cv-00215-FPS)

_____

U. S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

      Plaintiff - Appellee

v.

CONSOL ENERGY, INC.; CONSOLIDATION COAL COMPANY

      Defendants - Appellants

_____

No. 16-1406
(1:13-cv-00215-FPS)

_____

U. S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

      Plaintiff - Appellant

v.

CONSOL ENERGY, INC.; CONSOLIDATION COAL COMPANY

      Defendants - Appellees

―――――――――――――

# JUDGMENT

―――――――――――――

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK